IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KIM JONES                                                                                                    PLAINTIFF

v.                                       NO.  4:04CV00782 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 3rd day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE